UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OIL MOP, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 11-89 |
| SUMMIT ENVIRONMENTAL SERVICES, L.L.C., ET AL. | SECTION "L" (3) |

### ORDER

Before the Court is the Motion to Implead Third-Party Defendants [Doc. #40]. The motion is unopposed [Doc. #42]. Having reviewed the motion and finding that it has merit and is timely,

**IT IS ORDERED** that the Motion to Implead Third-Party Defendants [Doc. #40] is GRANTED AS UNOPPOSED.

**IT IS FURTHER ORDERED** that the oral hearing set on September 28, 2011 is CANCELLED.

New Orleans, Louisiana, this 15th day of September, 2011.

**DANIEL E. KNOWLES, III**
UNITED STATES MAGISTRATE JUDGE