**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 20, 2011**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OIL MOP LLC** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-89** |
| | * | |
| **SUMMIT ENVIRONMENTAL SERVICES, LLC** | * | **SECTION "L"(3)** |

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Bruce Brown participated on behalf of Plaintiff, and John A.V. Nicoletti and Richard Bertram participated on behalf of Defendants Summit Environmental Services and American Commercial Lines, Inc. The parties discussed scheduling and other discovery issues.

**IT IS ORDERED** that a status conference be held in chambers on Monday, December 19, 2011, at 1:30 p.m.

JS10(00:15)