**MINUTE ENTRY**
**KNOWLES, M.J.**
**SEPTEMBER 21, 2011**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OIL MOP, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-89** |
| **SUMMIT ENVIRONMENTAL SERVICES, L.L.C.,, ET AL.** | **SECTION "L" (3)** |

On this date, American Commercial Lines LLC's Motion for Leave to Intervene [Doc. #26] came on for oral hearing before the undersigned. Present were Bruce Lane Brown on behalf of plaintiff and Richard Bertram and John Nicolette on behalf of defendants and movant. For the reasons stated on the record at the oral hearing,

**IT IS ORDERED** that American Commercial Lines LLC's Motion for Leave to Intervene [Doc. #26] is GRANTED. Defendant American Commercial Lines L.L.C. shall file a proper complaint in intervention **no later that seven (7) days from the date of this Minute Entry**.[1]

---

[1] Having reviewed American Commercial Lines L.L.C.'s proposed pleading entitled "Proposed Answer of Defendant American Commercial Lines LLC," the Court recognizes that such is not the proper title nor the proper form for a *complaint* in intervention. American Commercial Lines L.L.C. is not filing an answer to Oil Mop, L.L.C.'s complaint, but an entirely new complaint in intervention and counterclaim against Oil Mop, L.L.C.

```
MJSTAR(00:07)
```

_____
**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**